JOHN ANDREWS, Respondent, *v.* MORRIS KEELER, Appellant.

(Argued October 20, 1882; decided December 12, 1882.)

*S. Edwin Day* for appellant.

*W. D. Shuart* for respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

CHARLES FRAZIER et al., Respondents, *v.* TROW'S PRINTING AND
BOOK BINDING COMPANY, Appellant.

(Submitted November 15, 1882; decided December 12, 1882.)

REPORTED below, 24 Hun, 281.

*Raphael J. Moses, Jr.*, for appellant.

*Chambers, Boughton & Prentiss* for respondents.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.